**Order entered August 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00160-CR

**DEJUAN MCLEMORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1271083-V**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**. The State's brief,

received on August 12, 2015, is **ORDERED** filed as of the date of this order.


         /s/     DAVID L. BRIDGES
               PRESIDING JUSTICE